## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RHONDA ALLEN, STEHLE HARRIS and DAVID ELLIOT, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>EVONIK CORPORATION, PRESIDENT OF EVONIK CORPORATION, BOARD OF DIRECTORS OF EVONIK CORPORATION, EVONIK INVESTMENT COMMITTEE, and JOHN DOES 1-30.<br><br>                Defendants. | Civil Action No. 2:20-cv-02202 (MCA)(MAH)<br><br>Honorable Madeline Cox Arleo<br>United States District Judge<br><br>Honorable Michael A. Hammer<br>United States Magistrate Judge<br><br>CLASS ACTION |

**ORDER**

**AND NOW**, this ___th day of _____, 2022, after considering the Plaintiffs' unopposed letter motion to drop Rhonda Allen as a named plaintiff under Federal Rule of Civil Procedure 21; and the plaintiffs representing that the Defendants, Evonik Corporation, President of Evonik Corporation, Board of Directors of Evonik Corporation, and Evonik Investment Committee, do not object to this motion, *see* Pls.' Unopposed Mot. and Mem. of Law to Drop Rhonda Allen as a Named Pl. Under Fed. R. Civ. P. 21 at 1; accordingly, it is hereby **ORDERED** that the motion is **GRANTED**. The plaintiff, Rhonda Allen, is **DROPPED** as a plaintiff in this action pursuant to Federal Rule of Civil Procedure 21. The clerk of court shall **REMOVE** Rhonda Allen as a named plaintiff in this action, and her name will be **REMOVED** from the caption in this matter.

BY THE COURT:

/s/_____

Honorable Madeline Cox Arleo