Carla D. Macaluso, Esq. (Bar ID No. 018141996)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 08922
(908) 795-5200
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEHLE HARRIS and DAVID ELLIOT, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>EVONIK CORPORATION, PRESIDENT OF EVONIK CORPORATION, BOARD OF DIRECTORS OF EVONIK CORPORATION, EVONIK INVESTMENT COMMITTEE, and JOHN DOES 1-30.<br><br>                Defendants. | Civil Action No. 2:20-cv-02202 (MCA)(MAH)<br><br>Honorable Madeline Cox Arleo<br>United States District Judge<br><br>Honorable Michael A. Hammer<br>United States Magistrate Judge<br><br>CLASS ACTION |

**NOTICE OF MOTION FOR BILL OF COSTS**

**PLEASE TAKE NOTICE** that on August 5, 2024, at 3:00 PM or as soon thereafter as counsel may be heard, Defendants Evonik Corporation ("Evonik"), the President of Evonik, the Board of Directors of Evonik ("Board"), and the Evonik Investment Committee (collectively, "Defendants"), by and through undersigned counsel, will make application to the Clerk for this Court at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102 to enter an order granting to Defendants their taxable costs in the amount of $23,124.44, pursuant to 28 U.S.C. § 1920, Rule 54 of the Federal Rules of Civil Procedure, and Rule 54.1 of the Local Civil Rules of the United States District Court for the District of New Jersey, and will rely upon: the Bill of Costs submitted by Jackson Lewis P.C., attorneys for

Defendants; the Itemization of Requested Costs annexed to the Bill of Costs; the Declaration of Stacey C.S. Cerrone ("Cerrone Declaration") dated July 29, 2024, annexed to the Bill of Costs; and the supporting documentation attached to the Cerrone Declaration as Exhibits A-D.

**PLEASE TAKE FURTHER NOTICE** that objections in writing, if any, must be served as provided by Local Civil Rule 54.1(f).

Dated: July 29, 2024

**JACKSON LEWIS P.C.**

 s/ Carla D. Macaluso
Carla D. Macaluso
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
Telephone: (908) 795-5200
Facsimile: (908) 464-2614
Carla.Macaluso@jacksonlewis.com

Stacey C.S. Cerrone*
Lindsey H. Chopin*
Howard Shapiro*
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
Stacey.Cerrone@jacksonlewis.com
Lindsey.Chopin@jacksonlewis.com
Howard.Shapiro@jacksonlewis.com

*Attorneys for Defendants*

*Admitted Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2024, a true and correct copy of the foregoing Notice of Motion for Bill of Costs and all supporting documents attached therein were filed with the Court utilizing its ECF system, which sent an electronic notice to all counsel of record.

*s/ Carla D. Macaluso*
CARLA D. MACALUSO
