# JacksonLewis

Jackson Lewis P.C.
200 Connell Drive
Suite 2000
Berkeley Heights NJ  07922
Tel 908 795-5200
Fax 908 464-2617
www.jacksonlewis.com

**CARLA D. MACALUSO, ESQ.**
Email Address: carla.macaluso@jacksonlewis.com

December 13, 2024

**VIA ECF**
The Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Court Room MLK 4A
Newark, NJ 07102

RE:     *Harris, et al. v. Evonik Corporation, et al.*; Civil Action No. 20-cv-02202-MCA-MAH

Dear Judge Arleo:

This firm represents Defendants Evonik Corporation, the President of Evonik Corporation, the Board of Directors of Evonik Corporation, and the Evonik Investment Committee ("Defendants") in the above-captioned matter.  On July 26, 2024, Plaintiffs appealed this matter to the Third Circuit (ECF No. 103).  On July 29, 2024, Defendants filed a Motion for Taxation of Costs.  ECF No. 104.  On August 12, 2024, Plaintiffs requested Defendants' motion be stayed pending the appeal (ECF No. 106), and the Court granted the request on October 10, 2024.  ECF No. 107.

In the Third Circuit appeal, 3d Cir. No. 24-2392, Plaintiff-Appellants filed a Joint Stipulation of Dismissal on December 12, 2024, a copy of which is attached as **Exhibit A**.  In light of the dismissal, Defendants respectfully request to withdraw their Motion for Taxation of Costs (D.N.J. No. 20-2202, ECF No. 104) and close this matter.  A proposed order is attached herein.

We thank the Court for its attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*s/ Carla D. Macaluso*
Carla D. Macaluso

Enclosure

cc:     All Counsel of Record (via ECF)